Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

| | |
|---|---|
| U.V.A. VADUZ AND KLAUS BOHRER, | : 07 Civ. 11497 (TPG) |
| Plaintiffs, | : **NOTICE OF MOTION** |
| -against- | : |
| THE REPUBLIC OF ARGENTINA, | : |
| Defendant. | : |

-------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT upon the annexed the declaration of the trustee and legal representative of Plaintiff U.V.A. Vaduz, Max Bohrer, dated April 19, 2008 (the "U.V.A. Declaration"), with an annexed exhibit and a translation thereof; the declaration of Plaintiff Klaus Bohrer, dated April 19, 2008 (the "Bohrer Declaration"), with an annexed exhibit and a translation thereof; and the declaration of Regina Alter, dated June 12, 2008 (the "Alter Dec.") with annexed exhibits; the Statement of Material Facts Pursuant to Local Rule 56.1; the accompanying Memorandum of Law; and the pleadings and all prior proceedings had herein, the undersigned will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiffs summary

{00363133.DOC;}

judgment as against defendant the Republic of Argentina, to strike defendant's discovery requests, and for such other relief as the Court deems just and proper.

Dated: New York, New York
   June 12, 2008

>   **DREIER LLP**
>
>   By: _____
>   Marc S. Dreier (MD-9713)
>   Joel A. Chernov (JC-8789)
>   Regina M. Alter (RA-7014)
>
>   499 Park Avenue
>   New York, New York 10022
>   (212) 328-6100
>
>   *Attorneys for Plaintiffs*