UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
U.V.A. VADUZ AND KLAUS BOHRER,

               Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

              Defendant.
--------------------------------------------------------------- x

07 CV 11497 (TPG)

**STIPULATION**

    WHEREAS, on December 21, 2007, Plaintiffs U.V.A. Vaduz and Klaus Bohrer filed the complaint in the above-captioned action (the "Complaint");

    WHEREAS, on June 17, 2008, based upon the declaration of the authorized representative of Plaintiff U.V.A. Vaduz, Max Bohrer, dated April 19, 2008, with an annexed exhibit and a translation thereof; the declaration of Plaintiff Klaus Bohrer, dated April 19, 2008, with an annexed exhibit and a translation thereof; and the declaration of Regina Alter, dated June 12, 2008, with annexed exhibits; the Statement of Material Facts Pursuant to Local Rule 56.1; the accompanying Memorandum of Law; Plaintiffs U.V.A. Vaduz and Klaus Bohrer moved for summary judgment in the above-captioned action (the "Motion"); and

    WHEREAS, the parties have conferred concerning the Complaint and the Motion;

    NOW, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties as follows:

    1.    Plaintiffs U.V.A. Vaduz and Klaus Bohrer shall file an Amended Complaint in this action;

    2.    Defendant shall file its Amended Answer within twenty (20) days of Plaintiffs having filed their Amended Complaint;

{00373799.DOC;}

1

3. The Motion shall be held in abeyance pending the filing of the Amended Complaint and Amended Answer; and

4. Defendant shall have ten (10) days after the filing of the Amended Answer to respond to supplemental proof submitted by Plaintiff U.V.A. Vaduz on July 21, 2008. The Motion shall then proceed pursuant to the procedure set forth in the Court's February 22, 2007 memorandum.

Dated: New York, New York
July 23, 2008

DREIER LLP

By: *[signature]*

Marc S. Dreier (mdreier@dreierllp.com)
Joel A. Chernov (jchernov@dreierllp.com)
Regina M. Alter (ralter@dreierllp.com)

499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *[signature]*

Jonathan I. Blackman (jblackman@cgsh.com)
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendant*

*[signature: Thomas P. Griesa]*

8/7/08

{00373792.DOC;}2