UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
U.V.A VADUZ, et al.,                                                :
                                                                    :    08 Civ. 4902 (TPG)
                                    Plaintiffs,                     :
                                                                    :
                -against-                                           :    CERTIFICATE OF SERVICE
                                                                    :
THE REPUBLIC OF ARGENTINA,                                          :
                                                                    :
                                    Defendant.                      :
                                                                    :
------------------------------------------------------------------- X

   I, Richard Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   1. On the 2nd day of September 2008, the Answer to Amended Complaint, dated September 2, 2008 was served by First Class Mail upon:

> Joel Chernov, Esq.
> Drier LLP
> 499 Park Avenue
> New York, NY  10022

   2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
    September 3, 2008

                     /s/Richard V. Conza
                       Richard V. Conza