# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EM LTD. and NML CAPITAL, LTD.,

         *Plaintiffs*,

       - against -

BANCO CENTRAL DE LA REPÚBLICA
ARGENTINA and THE REPUBLIC OF
ARGENTINA,

         *Defendants*.

06 Civ. 7792 (TPG)

------------------------------------------------------------X
(Additional case captions on next two pages)
------------------------------------------------------------:X


**[PROPOSED] ORDER VACATING ALL *EX PARTE* ORDERS OF ATTACHMENT
AND RESTRAINT, RESTRAINING NOTICES, AND OMNIBUS ORDERS AND
QUASHING ALL *EX PARTE* WRITS OF EXECUTION**

```
------------------------------------------------------------------X
            VARIOUS ACTIONS               :     02 Civ. 1773 (TPG)
                                          :     02 Civ. 3804 (TPG)
                                          :     02 Civ. 3808 (TPG)
                                          :     02 Civ. 4124 (TPG)
                                          :     03 Civ. 1680 (TPG)
                                          :     03 Civ. 2507 (TPG)
                                          :     03 Civ. 4693 (TPG)
                                          :     03 Civ. 6268 (TPG)
                                          :     03 Civ. 8120 (TPG)
                                          :     03 Civ. 8845 (TPG)
                                          :     03 Civ. 9538 (TPG)
                                          :     04 Civ. 3314 (TPG)
                                          :     04 Civ. 6137 (TPG)
                                          :     04 Civ. 6594 (TPG)
                                          :     04 Civ. 7504 (TPG)
                                          :     05 Civ. 177 (TPG)
                                          :     05 Civ. 178 (TPG)
                                          :     05 Civ. 2434 (TPG)
                                          :     05 Civ. 2943 (TPG)
                                          :     05 Civ. 3089 (TPG)
                                          :     05 Civ. 3955 (TPG)
                                          :     05 Civ. 4085 (TPG)
                                          :     05 Civ. 4299 (TPG)
                                          :     05 Civ. 4466 (TPG)
                                          :     05 Civ. 5197 (TPG)
                                          :     05 Civ. 6002 (TPG)
                                          :     05 Civ. 6200 (TPG)
                                          :     05 Civ. 6599 (TPG)
                                          :     05 Civ. 8195 (TPG)
                                          :     05 Civ. 8687 (TPG)
                                          :     05 Civ. 10636 (TPG)
                                          :     06 Civ. 207 (TPG)
                                          :     06 Civ. 3196 (TPG)
                                          :     06 Civ. 3197 (TPG)
                                          :     06 Civ. 3198 (TPG)
                                          :     06 Civ. 6032 (TPG)
                                          :     06 Civ. 6466 (TPG)
                                          :     06 Civ. 7100 (TPG)
                                          :     07 Civ. 98 (TPG)
                                          :     07 Civ. 689 (TPG)
                                          :     07 Civ. 937 (TPG)
                                          :     07 Civ. 1910 (TPG)
                                          :     07 Civ. 2690 (TPG)
                                          :     07 Civ. 2693 (TPG)
                                          :     07 Civ. 2715 (TPG)
                                          :     07 Civ. 5807 (TPG)
                                          :     07 Civ. 6563 (TPG)
                                          :     07 Civ. 7248 (TPG)
```

|   |   |
|---|---|
| : | 07 Civ. 10656 (TPG) |
| : | 07 Civ. 10657 (TPG) |
| : | 07 Civ. 11327 (TPG) |
| : | 07 Civ. 11382 (TPG) |
| : | 07 Civ. 11495 (TPG) |
| : | 07 Civ. 11497 (TPG) |
| : | 08 Civ. 440 (TPG) |
| : | 08 Civ. 2541 (TPG) |
| : | 08 Civ. 3302 (TPG) |
| : | 08 Civ. 4902 (TPG) |
| : | 08 Civ. 5436 (TPG) |
| : | 08 Civ. 6625 (TPG) |
| : | 08 Civ. 6978 (TPG) |
| : | 09 Civ. 1707 (TPG) |
| : | 09 Civ. 1708 (TPG) |
| : | 09 Civ. 8275 (TPG) |
| : | 09 Civ. 8299 (TPG) |
| : | 09 Civ. 8757 (TPG) |
| : | 09 Civ. 10620 (TPG) |

-------------------------------------------------------------------X

WHEREAS, on January 11 and 12, 2010, EM Ltd. and NML Capital Ltd. (Collectively, "EM/NML") moved *ex parte* for orders of attachment, "restraining orders," "omnibus orders" and writs of execution directed at Banco Central de la República Argentina's property held at the Federal Reserve Bank of New York (the "FRBNY") and 42 other financial institutions in Manhattan;

WHEREAS, on January 12, 2010 and thereafter, creditors of the Republic of Argentina (the "Republic") sought and obtained *ex parte* substantially similar relief as well as orders directed at BCRA property without specifying the potential garnishees (collectively, with the orders issued to EM/NML on January 11 and 12, 2010, the "*Ex Parte* Orders");

WHEREAS, on January 19, 2010, EM/NML moved to confirm the January 11 and 12, 2010 *ex parte* pre-judgment attachment orders and, thereafter, the Republic's creditors that had obtained *ex parte* substantially similar relief either joined EM/NML's motion or separately

-2-

moved to confirm the *ex parte* attachment orders (collectively, "Plaintiffs' Motions to Confirm");

*WHEREAS*, on March 26, 2010, BCRA filed a memorandum of law and supporting papers in opposition to Plaintiffs' Motions to Confirm and, in addition, cross-moved this Court to vacate the *Ex Parte* Orders in their entirety.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The *Ex Parte* Orders are vacated in their entirety.

2. The parties hereto shall arrange promptly to serve this Order upon each garnishee or other third party that was served with the *Ex Parte* Orders.

Dated: March __, 2010

_____
Hon. Thomas J. Griesa
United States District Judge