Joseph E. Neuhaus (JN 4255)
Laurent S. Wiesel (LW 2154)
Michael J. Ushkow (MU 5680)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel.:   (212) 558-4000

  *Attorneys for Banco Central de la
  República Argentina*

   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
EM LTD. and NML CAPITAL, LTD.,                                 :
                                                               :       06 Civ. 7792 (TPG)
                              *Plaintiffs*,                    :
                                                               :
              - against -                                      :
                                                               :
BANCO CENTRAL DE LA REPÚBLICA                                  :
ARGENTINA and THE REPUBLIC OF                                  :
ARGENTINA,                                                     :
                                                               :
                              *Defendants*.                    :
                                                               :
---------------------------------------------------------------X
  (Additional case captions on next two pages)                 :
---------------------------------------------------------------:X

**<u>CERTIFICATE OF SERVICE</u>**

```
-------------------------------------------------------------X
            VARIOUS ACTIONS             :    02 Civ. 1773 (TPG)
                                        :    02 Civ. 3804 (TPG)
                                        :    02 Civ. 3808 (TPG)
                                        :    02 Civ. 4124 (TPG)
                                        :    03 Civ. 1680 (TPG)
                                        :    03 Civ. 2507 (TPG)
                                        :    03 Civ. 4693 (TPG)
                                        :    03 Civ. 6268 (TPG)
                                        :    03 Civ. 8120 (TPG)
                                        :    03 Civ. 8845 (TPG)
                                        :    03 Civ. 9538 (TPG)
                                        :    04 Civ. 3314 (TPG)
                                        :    04 Civ. 6137 (TPG)
                                        :    04 Civ. 6594 (TPG)
                                        :    04 Civ. 7504 (TPG)
                                        :    05 Civ. 177 (TPG)
                                        :    05 Civ. 178 (TPG)
                                        :    05 Civ. 2434 (TPG)
                                        :    05 Civ. 2943 (TPG)
                                        :    05 Civ. 3089 (TPG)
                                        :    05 Civ. 3955 (TPG)
                                        :    05 Civ. 4085 (TPG)
                                        :    05 Civ. 4299 (TPG)
                                        :    05 Civ. 4466 (TPG)
                                        :    05 Civ. 5197 (TPG)
                                        :    05 Civ. 6002 (TPG)
                                        :    05 Civ. 6200 (TPG)
                                        :    05 Civ. 6599 (TPG)
                                        :    05 Civ. 8195 (TPG)
                                        :    05 Civ. 8687 (TPG)
                                        :    05 Civ. 10636 (TPG)
                                        :    06 Civ. 207 (TPG)
                                        :    06 Civ. 3196 (TPG)
                                        :    06 Civ. 3197 (TPG)
                                        :    06 Civ. 3198 (TPG)
                                        :    06 Civ. 6032 (TPG)
                                        :    06 Civ. 6466 (TPG)
                                        :    06 Civ. 7100 (TPG)
                                        :    07 Civ. 98 (TPG)
                                        :    07 Civ. 689 (TPG)
                                        :    07 Civ. 937 (TPG)
                                        :    07 Civ. 1910 (TPG)
                                        :    07 Civ. 2690 (TPG)
                                        :    07 Civ. 2693 (TPG)
```

|  |  |
|---|---|
| : | 07 Civ. 2715 (TPG) |
| : | 07 Civ. 5807 (TPG) |
| : | 07 Civ. 6563 (TPG) |
| : | 07 Civ. 7248 (TPG) |
| : | 07 Civ. 10656 (TPG) |
| : | 07 Civ. 10657 (TPG) |
| : | 07 Civ. 11327 (TPG) |
| : | 07 Civ. 11382 (TPG) |
| : | 07 Civ. 11495 (TPG) |
| : | 07 Civ. 11497 (TPG) |
| : | 08 Civ. 440 (TPG) |
| : | 08 Civ. 2541 (TPG) |
| : | 08 Civ. 3302 (TPG) |
| : | 08 Civ. 4902 (TPG) |
| : | 08 Civ. 5436 (TPG) |
| : | 08 Civ. 6625 (TPG) |
| : | 08 Civ. 6978 (TPG) |
| : | 09 Civ. 1707 (TPG) |
| : | 09 Civ. 1708 (TPG) |
| : | 09 Civ. 8275 (TPG) |
| : | 09 Civ. 8299 (TPG) |
| : | 09 Civ. 8757 (TPG) |
| : | 09 Civ. 10620 (TPG) |

------------------------------------------------------------X

I, Michael J. Ushkow, hereby certify, that on March 26, 2010, I caused true and correct copies of (i) Banco Central de la República Argentina's ("BCRA's") Cross-Motion to Vacate and Quash All *Ex Parte* Orders; (ii) BCRA's Memorandum of Law (1) In Opposition to Plaintiffs' Motions to Confirm Attachment Orders and (2) In Support of Cross-Motion to Vacate All *Ex Parte* Orders; (iii) BCRA's Response to Plaintiffs' New Alter Ego Allegations; and (iv) the Declaration of Michael J. Ushkow, executed on March 26, 2010, to be served by e-mail and federal express upon the following counsel:

> David W. Rivkin, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York  10022

   *Counsel for Plaintiff EM Ltd.*

Robert A. Cohen, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York  10036

  *Counsel for Plaintiff NML Capital, Ltd.*

Carmine D. Boccuzzi, Jr., Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006

  *Counsel for Defendant the Republic of Argentina*

Barry Robert Ostrager, Esq.
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY  10017

  *Counsel for Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital*
  *Master, Ltd. Blue Angel Capital I LLC and ACP Master, Ltd.*

Edward A. Friedman, Esq.
Friedman, Kaplan, Seiler & Adelman LLP
1633 Broadway
New York, New York  10019

  *Counsel for Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital*
  *Master, Ltd. Blue Angel Capital I LLC and ACP Master, Ltd.*

Patrick D. Bonner Jr., Esq.
Menz Bonner & Komar
444 Madison Ave., 39th Fl.
New York, New York  10022

  *Counsel for Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital*
  *Master, Ltd. Blue Angel Capital I LLC and ACP Master, Ltd.*

Jennifer F. Beltrami, Esq.
Cozen O'Connor
250 Park Avenue
New York, New York  10177

  *Counsel for Plaintiff Capital Ventures International*

Michael Champlin Spencer, Esq.
Gary Steven Snitow, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, New York  10119

*Counsel for HWB Victoria Strategies Portfolio, et al., Rudolf ERB, et al., U.V.A. Vaduz, et al., Helmut Hageman, Alejandro Aleberto Etcheto, et al., Crista Irene Brandes and Francisco Miguel Molinari, Anna Ferri, et al., Paolo Lisi, et al., Denchu Investment Corporation, Bliway International S.A., Ivelo Holding Corporation, Renato Palladini, et al., Marco Borgra, et al., Michael Heeb, et al., Wolfgang Bolland, et al., Pier Luigi Catto, et al., Allessia Milanesi, et al., Hendrik Beyer, et al., Josef Schwald, et al., Abel Amoroso, et al., Moreno Legnaro, et al., Susan Etevob, et al., Osvaldo Lorenzo Sauco, et al., Emanuele Botti, et al., Amber Reed Corp., et al., Drawrah Limited, et al., Carabajal, et al.*

John P. Gleason, Esq.
Gleason & Koatz, LLP
122 East 42nd Street
New York, New York  10168

*Counsel for Plaintiff Meridian Investments & Business Corporation*

David Bruce Gelfarb, Esq.
Mark L. Kalish, Esq.
Moss & Kalish, PLLC
122 E. 42nd Street Rm. 2100
New York, New York  10168

*Counsel for Plaintiff Lightwater Corporation Ltd. and Old Castle Holdings, Ltd.*

Anthony J. Costantini, Esq.
Gerard S. Catalanello, Esq.
Spensyr Ann Krebsbach, Esq.
Duane Morris, LLP
1540 Broadway
New York, New York  10036-4086

*Counsel for Plaintiff Marco Borgra, et al.*

              _____/s/ Michael J. Ushkow____
                Michael J. Ushkow